**IT IS SO ORDERED.**

*/s/ Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

Dated:  11:58 AM January 17 2014

```
BK1305111
(bas)
                    UNITED STATES BANKRUPTCY COURT
                       NORTHERN DISTRICT OF OHIO
                              AT AKRON

IN RE:                            |  Case No. 13-52755
                                  |
TIMOTHY L. SANFORD                |  Chapter 13
SUSAN A. SANFORD                  |  Judge Shea-Stonum
              Debtors             |
                                  |  AGREED ORDER RESOLVING
                                  |  OBJECTION OF CARRINGTON
                                  |  MORTGAGE TO DEBTORS' PLAN
                                  |  (Property Address:  5178 DONNER
                                  |  DRIVE, CLINTON, OH 44216))
```

This matter having come before the Court upon the Objection to Debtors' Plan (hereinafter "Objection") by the secured creditor, Carrington Mortgage ("Creditor"); and it appearing to the Court that the parties have agreed to a course of action which will otherwise resolve the Objection; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of facts and issues the following Order with respect thereto:

1. The parties hereby agree that Creditor's pre-petition arrearage claim shall be paid in full inside the Plan as fully secured claim.

2. Debtors shall file an amended or modified plan if required by the Trustee to enable distribution of Creditor's claim.

3. The Debtors further agree to resume their regular monthly mortgage payments outside the Plan directly to the Creditor, and to make all further payments in a timely fashion in accordance with the Note and Mortgage. In the event the debtors are approved for a loan modification, they may file a motion to modify plan reflecting such modification.

5. The Objection to Debtors' Plan is hereby WITHDRAWN subject to the terms of this Agreed order, which is hereby incorporated into Debtor's plan of reorganization.

SO ORDERED.

###

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| /s/ Joel K. Jensen | /s/ Robert S. Thomas, II, via email 12/26/13 |
| Joel K. Jensen, Case Attorney<br>LERNER, SAMPSON & ROTHFUSS<br>Ohio Supreme Court #0029302<br>Romi T. Fox, Attorney<br>Ohio Supreme Court #0037174<br>A Legal Professional Assoc.<br>P.O. Box 5480<br>Cincinnati, Ohio 45201-5480<br>(513) 241-3100 ext. 3349<br>(513) 354-6464 fax<br>nohbk@lsrlaw.com | Robert S Thomas, II, Case Attorney<br>Ohio Supreme Court #00_____<br>THOMAS, TRATTNER & MALONE, LLC<br>1653 Merriman Road, #203<br>Akron, OH 44313<br>330 253-1500<br>330 253-5743 fax<br>rstlaw@yahoo.com |

| Attorneys for Creditor<br>Carrington Mortgage | Attorney for Debtor(s),<br>Timothy L. Sanford and Susan A. Sanford |

/s/ Keith L. Rucinski via email 1/10/14
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel. 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

COPIES TO:

Robert S Thomas, II, Esq. on behalf of Timothy L. Sanford
    and Susan A Sanford at rstlaw@yahoo.com
1653 Merriman Road, #203
Akron, OH 44313
rstlaw@yahoo.com
VIA ELECTRONIC SERVICE


Keith Rucinski, Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114
VIA ELECTRONIC SERVICE

Joel K. Jensen, Esq., Attorney for Creditor
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE

Timothy L Sanford
5178 Donner Drive
Clinton, OH 44216
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Susan A Sanford
5178 Donner Drive
Clinton, OH 44216
ORDINARY U.S. MAIL, POSTAGE PRE-PAID